IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**RHONDA A. JONES,**

              **CASE NO.:**

    **Plaintiff**

  v.

**NATIONAL CREDIT SYSTEMS, INC.,**
    **Defendant.**
_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendant National Credit Systems, Inc. hereby removes the above-captioned matter to this Court from the County Court of the Circuit court of the Fourth Judicial Circuit In and For Clay County, Florida, and in support thereof avers as follows:

1. Defendant National Credit Systems, Inc. is the Defendant in a civil action originally filed on or about April 3, 2019, in the County Court of the Circuit court of the Fourth Judicial Circuit In and For Clay County, Florida, titled *Rhonda A. Jones v. National Credit Systems, Inc.,* docketed to case number 2019-CA-398.

2. This removal is timely under 28 U.S.C. § 1446(b).  National Credit Systems, Inc. received service of process on April 29, 2019.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all process, pleadings and orders received by Defendant in the state court action.

4. The United States District Court for the Middle District of Florida, Jacksonville Division, has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against the Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C.§ 1692 *et seq.*

1

5.     On this date, Defendant has provided notice to all parties and to the the County Court of the Circuit court of the Fourth Judicial Circuit In and For Clay County, Florida, of this Notice of Removal.

WHEREFORE, Defendant removes this case to the United States District Court for the Middle District of Florida, Jacksonville Division.

                Respectfully submitted,

                **MESSER STRICKLER, LTD.**

By:   */s/ Erika M. Smith*
       LAUREN M. BURNETTE, ESQUIRE
       FL Bar No. 0120079
       ERIKA M. SMITH, ESQUIRE
       FL Bar No. 0127438
       12276 San Jose Blvd.
       Suite 720
       Jacksonville, FL 32223
       (904) 527-1172
       (904) 683-7353 (fax)
       lburnette@messerstrickler.com
       *Counsel for Defendant*

Date: May 22, 2019

## CERTIFICATE OF SERVICE

I certify that on May 22, 2019, a true copy of the foregoing document was served as follows:

*Via CM/ECF*
Thomas R. Pycraft, Jr.
Pycraft Law, LLC
2200 N. Ponce De Leon Blvd. #10
St. Augustine, Florida 32084
(904) 940-0060
(866) 656-382 (fax)
service@pycraftlaw.com
tom@pycraftlaw.com

2

*Counsel for Plaintiff*

<u>*Via CM/ECF*</u>
Adam Thoresen
Jacksonville Area Legal Aid
126 W. Adams St.
Jacksonville, FL 32202
(904) 356-8371 ext. 202
Adam.thoresen@jaxlegalaid.org
jalaconsumer@jaxlegalaid.org
*Counsel for Plaintiff*

                                **MESSER STRICKLER, LTD.**

By:   <u>*/s/ Erika M. Smith*</u>
        LAUREN M. BURNETTE, ESQUIRE
        FL Bar No. 0120079
        ERIKA M. SMITH, ESQUIRE
        FL Bar No. 0127438
        12276 San Jose Blvd.
        Suite 720
        Jacksonville, FL 32223
        (904) 527-1172
        (904) 683-7353 (fax)
        lburnette@messerstrickler.com
        *Counsel for Defendant*

Date: May 22, 2019