UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| RHONDA JONES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 3:19-CV-000602-BJD-MCR |
| | ) |
| NATIONAL CREDIT SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT NATIONAL CREDIT SYSTEMS, INC.'S OFFER OF JUDGEMENT DIRECTED TO PLAINTIFF**

Pursuant to Fed. R. Civ. P. 68, Defendant National Credit Systems, Inc. ("NCS") hereby serves an offer to allow judgment to be taken against it and in favor of Plaintiff, Rhonda Jones, as follows:

1. NCS makes this Offer of Judgment as to all claims brought against NCS as set forth in Plaintiff's Complaint and any amendments thereto.

2. This Offer is being made to Plaintiff only.

3. NCS shall pay Plaintiff Rhonda Jones the total amount of One Thousand and One Dollars and 00/100 ($1,001.00), in full and final satisfaction of any and all damages sought from NCS in the above-captioned action.

4. NCS shall also pay an additional amount for reasonable attorney's fees and costs incurred by Plaintiff Rhonda Jones in the above-captioned action through the date of service of this Offer of Judgment. Such fees and costs shall be in an amount agreed to by the parties, or if they are unable to agree, as determined by the Court upon Motion.

1

5. The judgment entered in accordance with this Offer shall be in total settlement of any and all claims arising from the allegations in Plaintiff Rhonda Jones' Complaint, or which could be brought through present day.

6. This Offer is made solely for the purposes specified in Fed. R. Civ. P. 68 and is not an admission of liability by NCS.

7. In accordance with Rule 68, if this Offer is not accepted by Plaintiff within fourteen (14) days after service of this Offer, the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs.  If this Offer is not accepted by Plaintiff and the judgment finally obtained by Plaintiff is not more favorable than this Offer, Plaintiff must pay their costs and attorney's fees incurred after service of this Offer, as well as NCS's costs as allowed by the rules of this District.

Accepted: _____

Date: _____

Respectfully submitted,

**MESSER STRICKLER, LTD.**

By:     */s/ Erika M. Smith*
        LAUREN M. BURNETTE, ESQUIRE
        FL Bar No. 0120079
        ERIKA M. SMITH, ESQUIRE
        FL Bar No. 012438
        12276 San Jose Blvd.
        Suite 718
        Jacksonville, FL 32223
        (904) 527-1172
        (904) 683-7353 (fax)
        lburnette@messerstrickler.com

>esmith@messerstrickler.com
>*Counsel for Defendant National Credit Systems, Inc.*

Dated: September 12, 2019

## CERTIFICATE OF SERVICE

I certify that on September 12, 2019, a true copy of the foregoing document was served as follows:

| *By Email and U.S. Mail, Postage Prepaid* | *By Email and U.S. Mail, Postage Prepaid* |
|---|---|
| Adam Thoresen | Thomas R. Pycraft, Jr. |
| Jacksonville Area Legal Aid | Pycraft Legal Services, LLC |
| 126 W. Adams St | 2825 Lewis Speedway Unit 107 |
| Jacksonville, FL 32202 | St Augustine, FL 32084 |
| Adam.thoresen@jaxlegalaid.org | tom@pycraftlaw.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

>Respectfully submitted,
>
>**MESSER STRICKLER, LTD.**
>
>By:  /s/ Erika M. Smith
>LAUREN M. BURNETTE, ESQUIRE
>FL Bar No. 0120079
>ERIKA M. SMITH, ESQUIRE
>FL Bar No. 012438
>12276 San Jose Blvd.
>Suite 718
>Jacksonville, FL 32223
>(904) 527-1172
>(904) 683-7353 (fax)
>lburnette@messerstrickler.com
>esmith@messerstrickler.com
>*Counsel for Defendant National Credit Systems, Inc.*

Dated: September 12, 2019