UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RHONDA A. JONES,

    Plaintiffs,

v.

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant.

Case No.: 3:19-cv-00602-BJD-MCR
Hon. Judge Brian J. Davis
Magistrate Judge Monte C. Richardson

### DECLARATION OF RON SAPP

The undersigned makes this Declaration on Defendant National Credit Systems, Inc.'s ("NCS")'s behalf.

1. I am the Vice President of Operations for NCS.

2. I am authorized to and do submit this declaration in support of Defendant's Motion for Costs and Attorneys' Fees.

3. As the Vice President of Operations, I am charged with oversight of NCS' day-to-day collection activities which includes, *inter alia*, communication with our outside counsel regarding ongoing litigation and appearing at litigation events as necessary.

4. I am personally familiar with the above captioned action.

5. NCS incurred $400.00 in removal fees having removed this action from state court to the Middle District of Florida.

6. I personally appeared at the mediation in Jacksonville, Florida on November 4, 2019.

7. Additionally, on January 3, 2020, I served as the Fed. R. Civ. Proc. 30(b)(6) witness, for which Plaintiff and Plaintiff's counsel required that I appear for in-person pursuant

1

to the Middle District of Florida's Local Rule 3.04(b). I was not reimbursed for *any* travel related to this deposition.

8. NCS incurred mediation fees totaling $936.00. *See attached.*

9. Additionally, I was required to appear in-person at the mediation, which required me to use my personal vehicle to travel from Atlanta, Georgia to Jacksonville, Florida, which is a round-trip total of 690 miles. The 2019 IRS rate of reimbursement my employer was required to reimburse me at was .57.7 cents per mile, which equates to $398.13.

10. NCS incurred deposition fees in the amount of $204.95. *See attached.*

11. Additionally, I was required to appear in-person at the mediation, which required me to use my personal vehicle to travel from Atlanta, Georgia to Jacksonville, Florida, which is a round-trip total of 768 miles. The 2020 IRS rate of reimbursement my employer was required to reimburse me at was .58 cents per mile, which equates to $445.44.

12. As such, NCS's costs, excluding its attorneys' fees in this matter, total $2,384.52.

13. If sworn as a witness, I can testify competently to the facts stated herein.

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: 6/19/20

Ron Sapp

2

*Rhonda Jone*
*mediation invoice — Defense*
*3-2-20*

**3rd NOTICE**

## BLEDSOE, JACOBSON, SCHMIDT, WRIGHT & SUSSMAN
### ATTORNEYS AT LAW

| BLEDSOE & SCHMIDT, P.A. | 501 RIVERSIDE AVENUE | JACOBSON, WRIGHT & SUSSMAN, P.A. |
|---|---|---|
| JAMES A. BLEDSOE, JR. | SUITE 903 | SAMUEL S. JACOBSON |
| TERRANCE E. SCHMIDT | JACKSONVILLE, FLORIDA 32202 | STEPHANIE A. SUSSMAN |
| | | KENNETH B. WRIGHT* |
| | TELEPHONE (904) 398-1818 | *BOARD CERTIFIED CIVIL TRIAL LAWYER |
| | FACSIMILE (904) 398-7073 | |

November 5, 2019

Adam Thoresen, Esq.  
Jacksonville Area Legal Aid, Inc.  
126 W. Adams Street  
Jacksonville, Florida 32202  
Atty. for Rhonda Jones

Katrina DeMarte, Atty. at Law  
DeMarte Law PLLC  
39555 Orchard Hill Pl, Suite 600  
Novi, Michigan 48371  
Atty. for National Credit Systems

Re: Rhonda A. Jones v. National Credit Systems, Inc.  
Case No. 3:19-cv-602-J-39MCR

## STATEMENT

**FEE:**

Mediation services rendered by Terrance E. Schmidt on November 4, 2019, including administration/preparation/review of mediation statements (1.0) and attendance at mediation (3.8):

Total: 4.8 Hours @ $390.00/Hr = $1,872.00 ÷2 = $936.00 per party

Pursuant to Notice of Mediation Conference, the total charges are to be divided equally among the parties. Each party's respective share is as follows:

**RHONDA A. JONES** $ 936.00

**NATIONAL CREDIT SYSTEMS, INC.** $ 936.00

PLEASE MAKE CHECK PAYABLE TO  
**BLEDSOE & SCHMIDT, P.A.**  
(FEI # 59-2143056)

*3763693*

**PLEASE REFERENCE THE NAME OF THE CASE ON YOUR CHECK OR RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT.**

/TERRANCE E. SCHMIDT

# Invoice



3940 Lewis Speedway, Suite 2102
St. Augustine, FL 32084
(904) 824-3525    (904) 824-2525 FAX
www.coastalcourtreporters.com

Tax ID#   26-0293771

| Date | Invoice # |
|---|---|
| 1/10/2020 | 19052 |

| Rep |
|---|
| DB |

**Bill To**

Demarte Law, PLLC
39555 Orchard Hill Place
Suite 600
Novi, MI 48375

| Service Date | Job Description | Description | Rate | Qty/Pgs | Amount |
|---|---|---|---|---|---|
| 1/3/2019 | 1 Cert. Copy | Rhonda Jones v. National Credit Systems, Inc. Case No. 19-cv-602-J-39MCR<br><br>Deposition transcript of Ronald Sapp taken at Coastal Court Reporters | 2.80 | 69 | 193.20 |
| | Scanned Copies | Exhibits | 0.25 | 47 | 11.75 |

| Total | $204.95 |
|---|---|



Please remit payment to Coastal Court Reporters, LLC, to the above address.  This invoice is due and payable upon receipt and will be subject to a penalty of 1.5% per month after 30 days. Your obligation to pay is not contingent upon your client.