UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| RHONDA A. JONES,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC.,<br><br>        Defendant. | Case No.: 3:19-cv-00602-BJD-MCR<br>Hon. Judge Brian J. Davis<br>Magistrate Judge Monte C. Richardson |

## DECLARATION REGARDING ATTORNEY'S FEES

1.      I, Katrina DeMarte, am an attorney licensed to practice law in the State of Colorado and Michigan. I am also licensed to practice in several federal districts. *See attached.* I am the Owner of DeMarte Law, PLLC and represent National Credit Systems, Inc. in this matter and make this declaration based upon my personal knowledge and in support of Defendant's motion for attorneys' fees.

2.      Attached to this Declaration is my timesheet from June 2019 until present for *Rhonda Jones v. National Credit Systems, Inc.* This is a district court case in which I and two other Florida-based attorneys were substantially involved with in bringing this case through summary judgment.

3.      National Credit Systems, Inc., is not seeking reimbursement for the fees of its local counsel – the Florida-based attorneys.

4.      My current hourly rate for National Credit Systems, Inc., is $250.00, which is a significant decrease from my rate of $400.00 for other clients. I have a preferred billing rate for National Credit Systems, Inc., in which I bill them at a lower rate and also do not bill for all time spent on their matters, as is reflected on my time card for this matter.

5.     Moreover, if I were asking to be awarded attorneys' fees at the hourly rate allowed by the Laffey Matrix, pursuant to that Matrix, the Laffey Matrix would support an hourly rate of $433.00 per hour. See https://www.justice.gov/usao-dc/page/file/1189846/download.

6.     I have worked on numerous matters since obtaining my law degree in 2011 and entering into private practice that same year. I have spent my entire career in creditor's litigation, where I started out representing consumers. Eventually, I moved to a creditor's firm where I was in charge of all of the contested litigation for the entire state of Colorado. Then, I moved back to my home state of Michigan, where I have been engaged in individual and class action matters for several corporate clients. I have found that my hourly rate is reasonable compared to the rate of similar firms in the area. I have significant experience in this area – and it is a niche area with few attorneys in Michigan that specialize in it.

7.     I have reviewed my billing to make sure that it is reasonable in this matter, especially given the amount of money involved in the matter, the responsibilities assumed, and the outcome obtained, the rules of ethics, and it does appear to be in order.

8.     The total number of hours that I have logged on this case totals 26.4 hours, however, it is likely that I have spent closer to 60 hours on this matter, not including travel time to Florida.

9.     The work I performed was necessary and reasonable to obtain the result achieved, and no duplicative work was performed. All work performed was for the benefit of the Defendant.

Dated: June 19, 2020

                                                          _/s/Katrina M. DeMarte_____
                                                          KATRINA M. DEMARTE (MI bar No. P81476;
                                                          CO Bar No. 43135)

DEMARTE LAW, PLLC
39555 Orchard Hill Place Suite 600 PMB 6338
Novi, MI 48375
313-509-7047
Katrina@demartelaw.com

# Time Entries


Print

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER | CASE |
|---|---|---|---|---|---|---|---|---|
| Jun 4, 2020 | Review | 0.3 | Opinion issued by MD of Florida re: summary judgment. Reviewed and forwarded to client. Closed case out in mycase. | $250.00/hr | $75.00 | Open | Katrina DeMarte | Rhonda Jones v. National Credit Systems, Inc. |
| May 27, 2020 | Draft | 0.5 | Drafted motion to continue pretrial conference/trial re: COVID/medical emergency and pending dispositive motion. Sent to OC for approval. Received redlines. Incorporated changes and filed with the court. | $250.00/hr | $125.00 | Open | Katrina DeMarte | Rhonda Jones v. National Credit Systems, Inc. |
| May 21, 2020 | Communication with Opposing Counsel | 0.4 | Phone call with opposing counsel to discuss forthcoming pretrial conference, request to push out due to travel restrictions re: COVID/medical emergencies; likelihood of paring down of issues if ruling on dispositive motion. OC will now agree to push out, where they previously would not. | $250.00/hr | $100.00 | Open | Katrina DeMarte | Rhonda Jones v. National Credit Systems, Inc. |
| May 1, 2020 | Communication with Opposing Counsel | 0.2 | Received first and only document production from Plaintiff - responded production was untimely, and that we opposed production on those grounds as documents contained therein would have benefited NCS and supported its dispositive motion. Plaintiff's disclosure and production withheld in bad faith. | $250.00/hr | $50.00 | Open | Katrina DeMarte | Rhonda Jones v. National Credit Systems, Inc. |
| Mar 11, 2020 | Draft | 8.3 | Drafted response in opposition to Plaintiff's Motion for Summary Judgment - researched cases cited by Plaintiff and cited in order to rebut arguments made by Plaintiff; opposition in total was 18 pages long (lengthier than our original motion). | $250.00/hr | $2,075.00 | Open | Katrina DeMarte | Rhonda Jones v. National Credit Systems, Inc. |
| Feb 19, 2020 | Draft | 5.5 | Drafted motion for summary judgment - sent to local counsel for filing. | $250.00/hr | $1,375.00 | Invoiced | Katrina DeMarte | Rhonda Jones v. National Credit Systems, Inc. |
| Feb 7, 2020 | Communicate | 0.4 | Communicated with Ron re: errata sheet - submitted to court reporter. | $250.00/hr | $100.00 | Invoiced | Katrina DeMarte | Rhonda Jones v. National Credit Systems, Inc. |
| Feb 5, 2020 | Draft | 0.8 | Spoke with Ron re: supplemental discovery responses - updated responses and submitted to OC w/ signed verification. | $250.00/hr | $200.00 | Invoiced | Katrina DeMarte | Rhonda Jones v. National Credit Systems, Inc. |
| Jan 6, 2020 | Draft | 0.5 | Drafted witness and exhibit list. | $250.00/hr | $125.00 | Invoiced | Katrina DeMarte | Rhonda Jones v. National Credit Systems, Inc. |
| Jan 3, 2020 | Attend Telephonic Conference | 2.5 | Telephonic deposition of Ron Sapp. | $250.00/hr | $625.00 | Invoiced | Katrina DeMarte | Rhonda Jones v. National Credit Systems, Inc. |
| Dec 30, 2019 | Draft/revise/serve responses to written discovery. | 3.5 | Drafted responses to Plaintiff's discovery requests, compiled production, asked client for additional missing documents, did privilege review. | $250.00/hr | $875.00 | Invoiced | Katrina DeMarte | Rhonda Jones v. National Credit Systems, Inc. |
| Nov 4, 2019 | Attend in-person | 1.0 | Attended in person settlement conference in Florida w/ Ron. | $250.00/hr | $250.00 | Invoiced | Katrina DeMarte | Rhonda Jones v. National Credit Systems, Inc. |
| Oct 30, 2019 | Draft | 1.5 | Draft bates production, redacted for privilege and sensitive information (.7); drafted mediation summary (.7) - sent to mediator with history and current state of settlement offers (.1). | $250.00/hr | $375.00 | Invoiced | Katrina DeMarte | Rhonda Jones v. National Credit Systems, Inc. |
| Oct 22, 2019 | Communicate | 0.3 | Communicated with OC to get information on time for mediation, consent re: PHV, they will send a demand, and also drafted PHV - gave PHV motion to Lauren to execute and file. | $250.00/hr | $75.00 | Invoiced | Katrina DeMarte | Rhonda Jones v. National Credit Systems, Inc. |
| Jun 28, 2019 | Communication with Local Counsel | 0.2 | Received rejection of proposed changes to 26f report from local counsel. Red lined rejected changes and advised re: matters still in dispute (regarding ESI and discovery limits). | $250.00/hr | $50.00 | Invoiced | Katrina DeMarte | Rhonda Jones v. National Credit Systems, Inc. |
| Jun 27, 2019 | Draft/Revise 26f Report | 0.5 | Received proposed 26f report from OC - made alterations re: selected mediator, production of ESI, and also requests for excessive discovery. | $250.00/hr | $125.00 | Invoiced | Katrina DeMarte | Rhonda Jones v. National Credit Systems, Inc. |