**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**RHONDA JONES**

Plaintiff,

v.  **CASE NO.:**   3:19-cv-00602-BJD-MCR

**NATIONAL CREDIT SYSTEMS, INC.**

Defendant.

_____/

**JOINT NOTICE OF STIPULATION REGARDING DEFENDANT'S**
**MOTION TO TAX FEES AND COSTS AND WAIVER OF APPEAL**

Plaintiff, Rhonda Jones, and Defendant, National Credit Systems, Inc., by and through their undersigned counsel, hereby jointly and voluntarily agree that Defendant's Motion to tax Fees and Costs filed on June 19, 2020, Dkt. 36, is hereby withdrawn. Neither Party will seek any further relief from the Court in this case and each Party agrees to bear their own fees and costs. In addition to waiving their rights to seek further relief from this Court, and more specifically their rights to seek relief from the order at Dkt. 34 and the judgment at Dkt. 35, the parties also waive any and all current or future rights to appeal any order, entry, or judgment entered in this case.

**Dated**: July 3, 2020.

Respectfully Submitted,

| | |
|---|---|
| **JACKSONVILLE AREA LEGAL AID, INC.** | **DEMARTE LAW** |
| By: /s/ Adam C. Thoresen | By:/s/ Katrina M. DeMarte |
| Adam C. Thoresen (Trial Counsel) | Katrina M. DeMarte (P81476) |
| Florida Bar No. 57675 | 39555 Orchard Hill Place |
| West Adams Street | Ste. 600 |
| Jacksonville, Florida 32202 | Novi, MI 48375 |
| Phone: (904) 903-4471 | 313-509-7047 |
| Fax: (904) 224-1587 | katrina@demartelaw.com |
| adam.thoresen@jaxlegalaid.org | |
| jalaconsumer@jaxlegalaid.org | *Attorney for Defendant, National Credit Systems, Inc.* |

**PYCRAFT LAW, LLC**

By: /s/ Thomas R. Pycraft Jr.
Thomas R. Pycraft, Jr.,
Florida. Bar. No. 70366
service@pycraftlaw.com
tom@pycraftlaw.com
2801 N. 3rd St.
St. Augustine, Florida 32084
Phone: (904) 940-0060
Fax: (866) 656-3282

*Co-Counsel for Plaintiff, Rhonda Jones*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all counsel of record in this action.

JACKSONVILLE AREA LEGAL AID, INC.

   /s/ Adam C. Thoresen
            Attorney